**Electronically Filed
Supreme Court
SCWC-19-0000508
27-JAN-2021
02:03 PM
Dkt. 12 ODAC**

SCWC-19-0000508

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

BRIAN D. ADCOCK,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000508; CASE NO. 2CPC-18-0000796)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari filed on November 27, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 27, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

